■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE BAKER, Also Known as WAYNE M. BAKER, JR., Appellant. [65 NYS3d 875]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered September 16, 2014. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.